**DISMISS; and Opinion Filed January 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00321-CV

### MITTIE FLEMING DBA, Appellant

### V.

### SUBWAY RESTAURANT AND INSURANCE CO.; BASCOM GROUP, LLC; AND 1309 MAIN ST APARTMENTS, LLC, Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-00683**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

On November 7, 2014, we ordered appellant to file an amended brief no later than December 8, 2014. We cautioned appellant that failure to comply could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b),(c). To date, appellant has not filed the brief or otherwise communicated with the Court. Accordingly, we dismiss the appeal. *See id.* 42.3(b),(c).

140321F.P05

/Lana Myers/
LANA MYERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MITTIE FLEMING DBA, Appellant

No. 05-14-00321-CV     V.

SUBWAY RESTAURANT AND
INSURANCE CO.; BASCOM GROUP,
LLC; AND 1309 MAIN ST, LLC,
Appellees

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-00683.
Opinion delivered by Justice Myers. Justices
Bridges and Lang-Miers participating.

     In accordance with this Court's opinion, we **DISMISS** the appeal.

     We **ORDER** that appellees Subway Restaurant and Insurance Co.; Bascom Group, LLC; and 1309 Main St, LLC recover their costs, if any, of this appeal from appellant Mittie Fleming DBA.

Judgment entered this 7th day of January, 2015.